## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Connecticut v. Exxon Mobil Corporation     Docket No.: 21-1446

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Benjamin Cheney

Firm: Connecticut Office of the Attorney General

Address: 165 Capitol Ave., Hartford, CT 06106

Telephone: 860-808-5250     Fax: 860-808-5386

E-mail: benjamin.cheney@ct.gov

Appearance for: State of Connecticut
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☒ Additional counsel (co-counsel with: Matthew Levine/Connecticut Office of the Attorney General)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☒ I applied for admission on June 16, 2021.

Signature of Counsel: /s/ Benjamin W. Cheney

Type or Print Name: Benjamin W. Cheney