## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Connecticut v. Exxon Mobil Corporatoin**     Docket No.: **21-1446**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Daniel Matthew Salton**

Firm: **Connecticut Office of the Attorney General**

Address: **165 Capitol Ave., Hartford, CT 06106**

Telephone: **(860) 808-5250**     Fax: **(860) 808-5386**

E-mail: **daniel.salton@ct.gov**

Appearance for: **State of Connecticut**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Matthew Levine/Connecticut Office of the Attorney General**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Daniel M. Salton**

Type or Print Name: **Daniel M. Salton**